EXHIBIT 2

January 15, 2025

To: The Honorable Terrence G. Berg

From: Catherine A. Noble

Regarding: Character letter for Evan Mercer

Dear Judge Berg,

I am writing to you on behalf of Evan Mercer. I have known Evan and his family for literally his entire life. Evan's mom, Robin, and I met while we were working at a pediatric occupational/physical therapy clinic in Northville and then Livonia. Robin was pregnant with Evan, her third child, when we first met and thus began our 30+ year friendship. Evan had the great good fortune to be born into an amazing family. His parents, Scott and Robin, were so proud and supportive of all three of their boys, and they encouraged each son to pursue his unique talents. In addition to this amazing nuclear family, Evan was surrounded by an extremely close extended family on each side, and he remains close to all of them, especially his maternal grandparents and paternal grandmother who are advancing in age. Finally, Evan had additional support from an extensive network of friends, neighbors and church friends as Scott and Robin were an integral part of every community they were a part of.

Evan was, and is, a sweet, happy, joyous, positive, friendly, outgoing, thoughtful human who loves his family and friends. The comical stories of Evan abounded when he was young and his family and friends still joke at the "Evan-isms" that came out of his growing up years. Evan never had a malicious bone in his body but if he stumbled into harmless mischief, he was uncommonly honest about his misadventures. It was clear from a young age that Evan was gifted musically, which was not surprising given the love of music that was pervasive in the Mercer home. Evan, though, had the unique talent of an amazing natural ear and picked up on music almost effortlessly. Once he followed in his brothers' footsteps and began piano lessons, Evan was never the kid who had to be badgered to practice. In fact, music became an obsession for Evan and he was singularly focused on playing the piano. In retrospect, it seemed that Evan would go through phases where he would be obsessed with a particular topic (for example, Pokemon, Gothic culture) but the music obsession remained with him. As he grew up, Evan found opportunities to pursue his love of music through continued lessons, joining the bands at Stevenson High School, and enrolling in jazz classes at Schoolcraft Community College while he was still in high school. Evan's friends and family followed his love of music and performance and could be seen supporting him at every event. Evan thrived in the performance environment; he never seemed nervous, he absolutely exuded joy in playing and he was genuinely grateful of the support he was given.

Evan's innate talent and hard work continued to bring him opportunities into college at Wayne State where he studied jazz piano performance and then beyond. He was involved in so many diverse musical outlets, and was given opportunities to travel the country and perform which

was what he loved most. I remember when the Covid-19 pandemic hit and all of that came to a screeching halt; that was a difficult period for so many people but I think it was especially painful for artists and performers like Evan who truly had their livelihood and passion stripped away from them. I suspect that this period may have contributed to his current problem.

That being said, I have no hesitation in stating that while I am confident that Evan has made an unfortunate mistake, he is not a threat to anyone. I know that Evan's family has remained supportive and committed to him, and they immediately tried to give him the tools he needed to address this issue with counseling and support. I know that Evan's time awaiting sentencing has given him time to reflect on how he got here and think about how to move forward with positivity. I know that Evan is committed to do the work to heal the wounds he has caused and to come out of this extremely dark period a better human. I honestly believe the worst punishment that could be inflicted on Evan has occurred with the loss of his ability to pursue his musical dreams. I also believe that the world is a sadder place without Evan performing his music in all the venues he loves.

I hope that I have given you a thumbnail sketch of the amazing human that is Evan Mercer. And, as a human, he has made mistakes that he has admitted to and is already working to atone for those mistakes and to move forward in a positive manner. Thank you for reading this support of Evan and please carefully consider this as you sentence him moving forward.

Sincerely,

Catherine A. Noble
19320 Milburn Street
Livonia, MI 48152
(248) 766-4356
cnoblept1962@gmail.com