**EXHIBIT 4**

To the Honorable Terrance G. Berg,

My name is William Vertes. I have known Evan Mercer since I held him in the hospital on the day he was born. I am his grand-uncle and godfather. I am writing to share insight on the person that I know Evan to be.

Since boyhood, Evan has been kind, considerate and displayed a true gentleness of spirit. I have always been impressed by how, even into adulthood, Evan embraces life with wonder, enthusiasm and exuberance. He has worked extremely hard to earn his achievements, which include a distinguished academic record and a career as an accomplished musician.

Without question, Evan made poor choices which have caused him, his family and many others great pain. To my knowledge Evan has never previously broken the law, not even receiving a speeding ticket, which makes his actions so uncharacteristic that they strain understanding and belief. I firmly feel that Evan made a fleeting decision which has now exacted a heavy cost. He has lost a promising career, lifelong friendships, the company of his family and, above all, his freedom.

Despite these circumstances, I remain proud of Evan. I suspect that each of us have aspects of our lives which we are loath to face, much less suffer the shame of having them exposed to the world. Nonetheless, Evan has shown remorse but not self-pity. He has taken accountability for his actions without offering excuses. He is repentant and resolved to correct his past flaws. His example has inspired me to acknowledge my own failings and strengthened my resolve to become a better godfather for him.

When determining Evan's future, I ask the Court to weigh his singular bad decision against the overwhelming decency, kindness and integrity that has characterized his whole life. On my own behalf, and that of my entire family, we ask for Evan no special treatment, nor even mercy but instead, hope. Hope that the Court will allow Evan to demonstrate his rehabilitation. Hope that after paying his heavy price Evan can return to us and the world at the soonest possible time. Hope that, upon his release, Evan will have the opportunity to prove that his life will not be defined by a moment of weakness.

Sincerely,

*William Vertes*

William W. Vertes