**EXHIBIT 5**

January 24, 2025

Honorable Terrence G. Berg

Your honor,

We are Raymond and Jo Ann Corridor from Northville, Michigan. The purpose of this letter is to make you aware of our relationship with Evan Mercer and the person we know him to be. We remember when he was born. While we are not related by blood we consider Evan, his parents and grandparents like our own family. His grandparents are our dearest friends whom we have known for more than sixty years.

From childhood through adulthood we have known Evan to be intelligent, kind and affectionate. He has always called us his aunt and uncle. At one point he learned that we were really not related biologically and he was shocked - he couldn't believe it. He thought his parents were kidding. We refer to him as our amazing nephew because of his musical talents. We have always followed him and his band wherever they performed in the State of Michigan and he always made it a point to come to our table or into the audience to acknowledge our presence. We've always introduced him as our nephew to whomever we meet.

Evan has always had a place in our home and more importantly in our hearts and that is still true today. We love him dearly, that will never change.

Thank you for your time and consideration of this letter.

Sincerely,

*Raymond Corridor*
*Jo Ann Corridor*

Raymond and Jo Ann Corridor

16845 Lochmoor Circle E
Northville, MI  48168