# EXHIBIT 6

To: The Honorable Terrence G. Berg

Evan Mercer is my sisters youngest son. I have been babysitting and watching him since he was born.  He was a happy, silly, goofy and entertaining little boy. One time at a family brunch at a stuffy country club he asked the manager if he could play the piano in the middle of the room for around 150 people.  The manager reluctantly said yes and so he sat and played for the entire crowd for a song or two at around the age of 10. He was confident in his piano playing abilities at a very young age. He was a musician through and through.  He was constantly tapping his fingers on the table along with a jingle or ad on TV.  He also would hear an ad on TV and insist on trying to then play that melody on the piano.  He had a gifted ear for music and that was his true life's passion.  He followed that into college and eventually his career as an adult. I went to see him many times over the years as he played with many local bands at various places around the city of Detroit.  Everyone was a huge fan of his, including me.

He also would watch my kids and my dogs for me when I had a late meeting at work.  He was kind and a good big brother for my kids.  He was always smiling and had a very sweet good nature to him.  Little Evan grew up to be a soulful kind young man. I wish everyone could see and know the Evan I have known my whole life.  He was admired and loved by so many people he surrounded himself with. We have a large family and he wasn't one to miss a family dinner and or birthday party.  He was always tasked with playing Happy Birthday on the piano for any family party for whoever we were celebrating….Grandma, Grandpa, cousins, etc.  He also would entertain us when asked with Christmas Songs, or anything we would ask him to play when we were having dinner at his Parents house.

In closing this isn't the young man I watched grow up.  Our whole family stands behind him, loves him and wants him to come home.  Whatever happened in the past is in the past and we forgive him. I would have Evan stay in my home after he is released if he needed a place to stay.

Julie Hamway