# EXHIBIT 7

January 25, 2025

To the Honorable Terrence G. Berg:

I write in support of Evan Mercer.

I came to know Evan and his family 25 years ago through a youth soccer league.  Evan's father Scott was the coach, my older son assisted him, and my younger son Matt was a player.  Evan's Mom and I were your typical soccer moms.

A few years later Evan and Matt found themselves in the same middle school band and at Blue Lake Music Camp where they reconnected and started their close friendship..  His parents and I were always along for the ride.  Because of their shared musical interests and abilities, they played together in all the high school music ensembles and marching band.  And during that time Evan, my two sons, and another friend started a progressive rock band that met in my basement for many hours at a time and several times a week for years.   As adults post-college, Evan and Matt started another band.  They were best friends and music collaborators.  My mother, a piano teacher and jazz aficionado, was so impressed with Evan's talent that she connected him with the local jazz piano guru for lessons.  My whole extended family knew Evan and had embraced him as one of us.

Evan was a good friend to both my sons.  In fact, he and my older son Brendan reconnected recently with Evan in jail, and Evan shared how much their friendship meant to him. Unfortunately Brendan died in an auto accident shortly after these conversations.  Matt, on the other hand, who considered Evan his best friend, is still reeling from the news about Evan, as it was so outside anything that would have been expected, especially by someone who knew him so well..

As a result, I came to know Evan very well. We have corresponded over the past several months.  He calls me mom, I call him son. He is like one of my family.  He has always been warm and sweet and polite and funny and so very musically gifted. No matter who it is, he is always ready with a hug.

Thank you for your consideration of my thoughts about Evan.

Sincerely,

Lynne Standley