# EXHIBIT 8

To: The Honorable Terrence G. Berg:

As Evan Mercer's aunt and uncle, we have known him his entire life.

He has always been one of our favorite nephews. We have known Evan to be responsible and of good character in his daily life. Additionally, he has always been a family-oriented and hard-working young man.

In both his childhood and as an adult, he has always had many friends of varying backgrounds and always championed the underdog. A special friendship that we specifically recall is one with a neighbor of ours who has a disability. We would often see Evan walking home from High School with his friend and thought how nice that was.

Evan is a gifted musician and music has always played a significant role in his life. He has studied and performed for many years. He graduated from Wayne State University with a Bachelor's degree in Jazz Performance. He has successfully parlayed that into a music career and derives great enjoyment from performing with a variety of other musicians.

He has always been a thoughtful and considerate person and very kind to his 93 year old grandmother. He is generous with both his time and talent. Evan has always been grateful and quite appreciative.

Respectfully,

Michael S. Seykell

Sandra L. Seykell