**EXHIBIT 9**

To The Honorable Terrence G. Berg,

I am Evan's oldest brother and have known him for his entire life. Every experience I can remember, down to every interaction I've ever had with him, has been nothing but positive, joyful and kind. He has always been extremely helpful and considerate of others; in fact, my friends were always surprised and impressed that I had a younger brother who was not combative towards me in any way and offered to help with whatever he could. I can't remember many times when he was in a bad mood, and if he was, I certainly can't remember a single time where he let that affect anyone else. I've told almost everyone I know at various times over the years what a good person and good brother Evan has always been.

He's an extremely gifted musician, and I've admired his talent for as long as he's been playing. He would answer my questions about different chord progressions and inversions, show me how certain harmonies worked in specific songs, and talk music theory with me for as long as I wanted. He used to come over to my house just to listen to whatever music I was obsessed with at the time and show me how the harmony worked and help me understand it. He would always check in with me as I was taking piano lessons and ask about what I was learning and offer any additional support and context. He has hopped on gigs with me before when we needed someone and filled in with my bands, singing and playing other instruments without hesitation. None of this was for his own benefit; his skill level has been levels above mine for many years. I'm talking about tens of hours spent on the phone or in person just so he could help me in my musical journey. I've learned more from Evan in this way than I have from pretty much anyone.

Evan has seemed to always truly care and be invested in my own personal happiness, and has tried to always be an active participant in it. He's one of the very few people in the world I can say that about, and I believe he was that way toward everyone in his life.

Thanks so much for your time and consideration.

Signed,

Adam Mercer